**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000272**
**06-NOV-2023**
**08:13 AM**
**Dkt. 23 ODSD**

NO. CAAP-23-0000272

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KEAKA MARTIN, Plaintiff-Appellant, v.
DEPARTMENT OF HUMAN SERVICES; LEGAL AID SOCIETY OF HAWAII,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-22-0000276)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before July 11, 2023;

(2) Self-represented Plaintiff-Appellant Keaka Martin (**Martin**) failed to file the opening brief or request an extension of time;

(3) On July 18, 2023, the appellate clerk entered a default notice informing Martin that the time for filing the opening brief had expired, the matter would be called to the court's attention on July 28, 2023, for appropriate action, which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rule 30, and Martin could request relief from default by motion; and

(4) Martin has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, November 6, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge